## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY WOMACK,           )
                                 )
        **Petitioner/Defendant,**    )
                                 )    **CIVIL NO. 08-cv-705-DRH**
**vs.**                               )
                                 )    **CRIMINAL NO. 05-cr-30015**
**UNITED STATES of AMERICA ,**    )
                                 )
        **Respondent/Plaintiff.**    )

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. A jury convicted Petitioner of conspiracy to distribute 50 or more grams of cocaine. He was sentenced to 151 months imprisonment, five years supervised release, a fine of $1000, and a special assessment of $100. On appeal, Petitioner challenged the sufficiency of the evidence, the Court's denial of his motion for new trial, and sentencing errors, but his conviction and sentence were affirmed. *United States v. Womack*, 496 F.3d 791 (7th Cir. 2007). Petitioner subsequently filed the instant motion under § 2255. In his motion the Petitioner presents several claims of ineffective assistance of counsel: (1) failure to seek a Batson hearing regarding jury composition, (2) failure to challenge an illegal search and seizure, (3) failure to present evidence regarding his relevant conduct, and (4) failure to seek a jury instruction regarding single or multiple conspiracies.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED:** December 19, 2008

                                    /s/    DavidRHerndon
                                  **CHIEF JUDGE**
                                  **UNITED STATES DISTRICT COURT**