IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY WOMACK,

**Plaintiff,**

v.

UNITED STATES OF AMERICA,            No.08-cv-705-DRH

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

     Before the Court is the United States of America's motion for extension of time to respond to petitioner's 28 U.S.C. § 2255 motion (Doc. 3). The United States was ordered on December 19, 2008 to respond to the questions set forth in petitioner Anthony Womack's § 2255 motion. The United States argues that it needs more time in which to review transcripts and discuss the allegations with prior retained counsel. Based on the reasons set forth in the motion, the Court **GRANTS** United States' motion for extension of time to respond (Doc. 3). The United States will have to an including **February 17, 2009** in which to respond to petitioner's § 2255 motion.

     **IT IS SO ORDERED.**

     Signed this 9th day of January, 2009.

                                            /s/     *David R Herndon*
                                            **Chief Judge**
                                            **United States District Court**