# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY WOMACK,**

     **Petitioner,**

  **v.**

**UNITED STATES OF AMERICA,**

     **Respondent.**                       **NO.  08-CV-705-DRH**

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter came before the Court on petitioner, Anthony Womack's   Petition/Motion to Vacate, Set Aside or Correct Sentence pursuant to **28 U.S.C. §2255**.

     **IT IS ORDERED AND  ADJUDGED**  that pursuant to the order entered by this Court on May 20, 2010, the petition is **DENIED** and this case is **DISMISSED** with prejudice------------------------------------------------------------------------------------------------

                         **NANCY J. ROSENSTENGEL,**
                         **CLERK OF COURT**

                         **BY:**_____*/s/Sandy Pannier*_____
                                **Deputy Clerk**

Dated: May 21, 2010.

APPROVED: /s/   *David R Herndon*
            CHIEF JUDGE
            U. S. DISTRICT COURT